THE PEOPLE OF THE STATE OF NEW YORK ex rel. B. P. DUCAS COMPANY, INC., Appellant, against THE STATE TAX COMMISSION, Respondent.

(Argued June 1, 1932; decided July 19, 1932.)

*Arthur L. Strasser* and *Martin W. Kramer* for appellant.
*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondent.

Determination of the Appellate Division modified and the tax restated at $1,536.90, with costs to appellant in this court and in the Appellate Division, on the ground that the rule laid down in section 211 of the Tax Law, as it read in the year 1925 and as applicable to this proceeding, is too vague to state a workable rule. No opinion. (See 260 N. Y. 654.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.